# First District Court of Appeal
## State of Florida

_____

No. 1D2023-1767
_____

ALPHONZO EDDY JR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
David Philip Kreider, Judge.

October 2, 2024

PER CURIAM.

AFFIRMED. *See Parks v. State, 371 So. 3d 392, 393 (Fla. 1st DCA 2023).*

ROBERTS, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Kathryn Lane, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Robert Charles "Charlie" Lee, Assistant Attorney General, Tallahassee, for Appellee.